May 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

LONE STAR AIR SYSTEMS, LTD., Appellant

NO. 14-12-00435-CV                         V.

DAVID POWERS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, David Powers, signed, February 29, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Lone Star Air Systems, Ltd., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.